Morales Antonino Loredo T#79622
M.C.S.P. A#4 205 P.O. Box - 409020
Ione Ca 95640 - 409020

**FILED**
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CRB**

| | |
|---|---|
| Morales Antonio Loredo<br>                Plaintiff,<br>vs.<br><br>                Defendant. | CV 08    0753<br>CASE NO. _____<br><br>**PRISONER'S<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS**<br><br>**(PR)** |

I, __Morales Antonio L.__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No __XX__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None 0__                Net: __None 0__

Employer: __None 0__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

NONE

NONE

NONE

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a. Business, Profession or                  Yes ___ No XX
10     self employment
11  b. Income from stocks, bonds,               Yes ___ No XX
12     or royalties?
13  c. Rent payments?                            Yes ___ No XX
14  d. Pensions, annuities, or                   Yes ___ No XX
15     life insurance payments?
16  e. Federal or State welfare payments,        Yes ___ No XX
17     Social Security or other govern-
18     ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

NONE

NONE

23  3.  Are you married?                         Yes ___ No XX
24  Spouse's Full Name: NA
25  Spouse's Place of Employment: NA
26  Spouse's Monthly Salary, Wages or Income: NA
27  Gross $ NONE 0                Net $ NONE 0
28  4.  a.  List amount you contribute to your spouse's support: $ 0

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5    _____NONE_____
6    _____NONE_____
7    5.    Do you own or are you buying a home?    Yes ____ No **XX**
8    Estimated Market Value: $___**0**___  Amount of Mortgage: $___**0**___
9    6.    Do you own an automobile?    Yes ____ No **XX**
10   Make ___**NA**___  Year ___**NA**___  Model ___**NA**___
11   Is it financed? Yes ____ No **XX**  If so, Total due: $ ___**0**___
12   Monthly Payment: $ ___**0**___
13   7.    Do you have a bank account? Yes ____ No **XX** (Do not include account numbers.)
14   Name(s) and address(es) of bank: ___**NONE**___
15   ___**NONE**___
16   Present balance(s): $ ___**0**___
17   Do you own any cash? Yes ____ No **XX** Amount: $ ___**0**___
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)   Yes ____ No **XX**
20   _____NONE_____
21   8.    What are your monthly expenses?
22   Rent: $ ___**0**___                Utilities: ___**NONE**___
23   Food: $ ___**0**___                Clothing: ___**NONE**___
24   Charge Accounts:
25   
| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
26 | **NONE** | $ **0** | $ **0** |
27 | **NONE** | $ **0** | $ **0** |
28 | **NONE** | $ **0** | $ **0** |

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

**NONE**

**NONE**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No **XX**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

**NONE**

**NONE**

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-23-08
DATE

*Antonio Morales*
SIGNATURE OF APPLICANT

Case Number: _____

| | |
|---|---|
| 1 | **CERTIFICATE OF FUNDS** |
| 2 | **IN** |
| 3 | **PRISONER'S ACCOUNT** |

4

5   I certify that attached hereto is a true and correct copy of the prisoner's trust account

6   statement showing transactions of ____**NONE**_____ for the last six months

7   at

8   **M.C.S.P. IONE Ca**            [prisoner name]

9   _____ where (s)he is confined.

10            [name of institution]

11   I further certify that the average deposits each month to this prisoner's account for the

12   most recent 6-month period were $ ___**0**_____ and the average balance in the prisoner's

13   account each month for the most recent 6-month period was $___**0**_____.

14

15   Dated:_____

16                                    [Authorized officer of the institution]

17

18

19

20

21

22

23

24

25

26

27

28

REPORT ID: TS3030.701        Case 3:08-cv-00753-CRB    Document 2    Filed 01/31/2008    Page 6 of 8   REPORT DATE: 01/02/08
PAGE NO: 1

```
            CALIFORNIA DEPARTMENT OF CORRECTIONS
                    MULE CREEK STATE PRISON
                 INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 02, 2008
```

ACCOUNT NUMBER : T79622                    BED/CELL NUMBER: A 0400000000205L
ACCOUNT NAME   : MORALES, ANTONIO LOREDO   ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/14/2007 | H104 | DAMAGES HOLD | IDCARD 993 | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 |

CURRENT AVAILABLE BALANCE
-------------
5.00-

```
REPORT ID: TS3030  .701                              REPORT DATE:
                                                     PAGE NO:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          MULE CREEK STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 02, 2008

   ACCOUNT NUMBER : T79622              BED/CELL NUMBER: A 0400000
   ACCOUNT NAME   : MORALES, ANTONIO LOREDO   ACCOUNT TYPE: I
   PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
       DATE      HOLD
      PLACED     CODE        DESCRIPTION              COMMENT          HOLD A
    ----------   ----   ----------------------------  -----------      ------
    09/14/2007   H104   DAMAGES HOLD                  IDCARD 993

                              TRUST ACCOUNT SUMMARY
      BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRAN
       BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO E
    ------------  ------------  -------------  --------------  -----------  ------
          0.00          0.00          0.00            0.00          5.00
    ------------  ------------  -------------  --------------  -----------  ------
    ------------  ------------  -------------  --------------  -----------  ------

                                                                            C(
                                                                            AV/
                                                                            B/
                                                                            ----
                                                                            ----
                                                                            ----
```

```
0205L



)UNT
---
.00


ACTIONS
 POSTED
--------
  0.00
--------
--------

RENT
LABLE
ANCE
--------
  5.00-
--------
--------
```

THIS ........ .......... .. . ........
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  B. Parman
    TRUST OFFICE