IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTONIO LOREDO MORALES,   )<br>                                    )<br>            Petitioner,          )<br>                                    )<br>    vs.                           )<br>                                    )<br>MIKE KNOWLES, Warden,    )<br>                                    )<br>            Respondent.      )<br>_____ ) | No. C 08-0753 CRB (PR)<br><br>ORDER OF TRANSFER |

Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Yolo, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at Mule Creek State Prison in Ione, County of Amador, which also lies within the venue of the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1  Because the County of Yolo lies in the Eatsern District of California, the court
2  ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in
3  the interest of justice, this petition be TRANSFERRED to the United States District
4  Court for the Eastern District of California.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6  SO ORDERED.
7  DATED:  February 11, 2008

   CHARLES R. BREYER
8  United States District Judge

G:\PRO-SE\CRB\HC.08\Morales, A1.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOREDO ANTONIO MORALES,

        Plaintiff,

v.

/ et al,

        Defendant.

Case Number: CV08-00753 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Loredo Morales T-79622
M.C.S.P.
A #4 205
P.O. Box 409020
Ione, CA 95640-409020

Dated: February 11, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk