**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
February 19, 2008

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Eastern District of California
Office of the Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814




FEB 20 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

RE: CV 08-00753 CRB(PR) ANTONIO LOREDO MORALES -v- ~~MIKE KNOWLES~~

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for the pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record